UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| SHANE SPARKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TARGET BRANDS, INC. and TARGET CORPORATION,<br><br>Defendants. | No. 5:15-cv-05033-TLB |

## JOINT MOTION FOR A STAY OF ALL DEADLINES UNTIL AFTER A RULING BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

The parties respectfully move for an order staying all deadlines in this action until after the Judicial Panel on Multidistrict Litigation ("Panel") rules on a pending Motion for Consolidation and Transfer under 28 U.S.C. § 1407, and state as follows:

1. Plaintiff filed the Complaint in this litigation on February 4, 2015.

2. Defendant Target Corporation was served on February 11, 2015.

3. Defendant Target Brands Inc. was served on February 15, 2015.

4. A number of duplicative complaints were filed nationwide.

1249590-v1

5.  A Motion for Consolidation and Transfer under 28 U.S.C. § 1407 was filed before the Judicial Panel on Multi-District Litigation ("JPML") to coordinate and/or consolidate all of the actions in one court.

6.  Plaintiff and Defendants Target Brands, Inc. and Target Corporation expect that all of the actions will be coordinated and/or consolidated before one court.

7.  Plaintiff and Defendants Target Brands Inc. and Target Corporation wish to preserve the parties' and the Court's resources and efficiently manage the litigation so as not to cause prejudice.

8.  Courts routinely grant a stay of proceedings pending a decision by the JPML regarding whether to transfer a case. *See, e.g., Alvarez v. Gerber Products Co.*, No. 5:12-CV-00906-LHK, 2012 WL 4051130, at *2 (N.D. Cal. Sept. 12, 2012) (granting stay and declining to consider motion to transfer pending JPML's decision on consolidation); *Joosten v. DePuy Orthopaedics, Inc.*, No. 10-CV-02549-MSK-KLM, 2010 WL 5287410, at *1 (D. Colo. Dec. 1, 2010) (staying all case deadlines pending JPML's decision on consolidation).

WHEREFORE, the parties respectfully request that the Court enter an order as follows:

   a.  Defendants Target Brands Inc. and Target Corporation will not be required to answer or otherwise plead in response to the Complaint until after a scheduling order or briefing schedule is entered in a transferee court.

In the event that the Motion for Consolidation and Transfer under 28 U.S.C. § 1407 is denied, the parties will confer within seven (7) days of the JPML's order regarding the due date for responsive pleadings in this action. No discovery shall be served in the above-captioned matter while this stipulation is in effect.

      b.    Defendants Target Brands Inc. and Target Corporation agree that they will seek this same stipulation in any related action and, if they are unable to reach agreement, will file a motion to stay any related action before filing a responsive pleading in those related actions.

      c.    In the event that Defendants Target Brands Inc. or Target Corporation voluntarily file or are ordered to file responsive pleadings in any other related action prior to the JPML's decision, Defendants Target Brands Inc. and Target Corporation agree that this stipulation will become void and in that event, all the parties agree to negotiate in good faith regarding responsive pleading dates.

                                              THRASH LAW FIRM

                                              By: /s/ Thomas P. Thrash
                                              Thomas P. Thrash
                                              Marcus Neil Bozeman
                                              1101 Garland Street
                                              Little Rock, AR 72201
                                              Telephone: (501) 374-1058
                                              Facsimile: (501) 374-2222

                                              and

1249590-V1

SHEMIN LAW FIRM, PLLC

Kenneth R Shemin
3333 Pinnacle Hills Parkway
Suite 603
Rogers, AR 72758
Telephone: (479) 845-3305
Facsimile: (479) 845-2198

*Counsel for Plaintiff Shane Sparks*


WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: jhenry@wlj.com

By: *[signature: Judy S. Henry]* JSH 2012228
Judy Simmons Henry (84069)

*Counsel for Defendants Target Brands Inc. and Target Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of March, 2015, I caused a true and correct copy of the foregoing to be served via CM-ECF, on all counsel listed below:

**Kenneth R Shemin**
Shemin Law Firm, PLLC
3333 Pinnacle Hills Parkway
Suite 603
Rogers, AR 72758
479-845-3305
Fax: 479-845-2198
Email: ken@sheminlaw.com

**Marcus Neil Bozeman**
Thrash Law Firm, P.A.
1101 Garland Street
Little Rock, AR 72201
501-374-1058
Fax: 501-374-2222
Email: bozemanmarcus@hotmail.com

**Thomas P. Thrash**
Thrash Law Firm
1101 Garland Street
Little Rock, AR 72201
501-374-1058
Fax: 501-374-2222
Email: tomthrash@sbcglobal.net

Judy S. Henry
Judy Simmons Henry   JSH 2012-228