UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| SHANE SPARKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TARGET BRANDS, INC. and TARGET CORPORATION,<br><br>Defendants. | No. 5:15-cv-05033-TLB |

## CORPORATE DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Target Corporation hereby states that it has no parent corporation or publicly held corporation owning 10% or more of its stock.

> WRIGHT, LINDSEY & JENNINGS LLP
> 200 West Capitol Avenue, Suite 2300
> Little Rock, AR 72201-3699
> (501) 371-0808
> FAX: (501) 376-9442
> E-MAIL: jhenry@wlj.com
>
> By: *Judy S. Henry*
> Judy Simmons Henry (84069)
>
> *Counsel for Defendants Target Brands, Inc.*
> *And Target Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of March, 2015, I caused a true and correct copy of this Corporate Disclosure to be served via CM-ECF, on all counsel listed below:

**Kenneth R Shemin**
Shemin Law Firm, PLLC
3333 Pinnacle Hills Parkway
Suite 603
Rogers, AR 72758
479-845-3305
Fax: 479-845-2198
Email: ken@sheminlaw.com

**Marcus Neil Bozeman**
Thrash Law Firm, P.A.
1101 Garland Street
Little Rock, AR 72201
501-374-1058
Fax: 501-374-2222
Email: bozemanmarcus@hotmail.com

**Thomas P. Thrash**
Thrash Law Firm
1101 Garland Street
Little Rock, AR 72201
501-374-1058
Fax: 501-374-2222
Email: tomthrash@sbcglobal.net

_Judy S. Henry_
Judy Simmons Henry