IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**SHANE SPARKS, individually and on behalf of all others similarly situated**                                                                    **PLAINTIFF**

**V.**                                       **CASE NO. 5:15-CV-05033**

**TARGET BRANDS, INC. and
TARGET CORPORATION**                                                                    **DEFENDANTS**

## ORDER

Currently before the Court is the parties' Joint Motion for a Stay of All Deadlines until after a Ruling by the Judicial Panel on Multidistrict Litigation (Doc. 13). The parties state that a motion for consolidation and transfer was filed before the Judicial Panel on Multi-District Litigation ("JPML") to consolidate this case with other similar complaints filed nationwide.

After considering the parties' Motion, the Court finds it in the interest of judicial economy to stay pretrial proceedings in the instant matter pending the JPML's decision on the motion for consolidation and transfer. Accordingly, the Joint Motion for a Stay (Doc. 13) is **GRANTED**. All response deadlines, including the deadline for Defendant to respond to the Complaint, are **STAYED** pending a decision by the JPML on consolidation or transfer. Discovery in this matter is also **STAYED**. In the event that the case is not transferred to the JPML, the parties are **ORDERED** to <u>**advise the Court in writing within 7 days of the JPML's decision denying consolidation or transfer**</u>. The Court will then issue a revised scheduling order setting forth new response deadlines in this case.

IT IS SO ORDERED this 7th day of April, 2015.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE